

June 29, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/17
```

**VIA ECF**

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Yee v. Well+Good LLC*, Case No. 1:17-cv-02574 (GHW)

Dear Judge Woods:

We represent Defendant Well+Good in the above-referenced matter. We write to respectfully request an adjournment of the initial pretrial conference scheduled for July 14, 2017 at 12:00. *See* dkt. #22.

This is the second request for an adjournment. The initial pre-trial conference was originally scheduled for June 20, 2017, *see* dkt. #7, and the parties jointly requested an adjournment pending the parties' settlement discussions, *see* dkt. #19. The Court granted the request, adjourning the conference to July 14. *See* dkt. #22. I will, however, be traveling for my college's roommate's wedding on that day. Plaintiff does not object to this request. The next dates that the parties are available are **July 17**, **July 19**, and **July 21**, as well as **July 24** in the afternoon.

The instant request does *not* affect the July 7, 2017 deadline that the Court set for the parties to submit their joint status letter and proposed case management plan and scheduling order. *See* dkt. #22.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Adam Pollock

Adam Pollock

---

Application granted. The initial pretrial conference scheduled for July 14, 2017 is adjourned to July 17, 2017 at 1:00 p.m. The joint status letter and proposed case management plan and scheduling order described in the Court's April 18, 2017 order (Dkt. No. 7) are due no later than July 10, 2017.

SO ORDERED.

Dated: June 29, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge